IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:08cr155-MHT
                            )          (WO)
DAVID J. SMITH              )
```

### ORDER

It is ORDERED that the revocation petition (doc. no. 94) is set for an evidentiary hearing on January 28, 2016, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 20th day of November, 2015.

　　　　　　　　　　　　　　　／s/ Myron H. Thompson　　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE